1

2 **UNITED STATES DISTRICT COURT**

3 **DISTRICT OF NEVADA**

4 **\*\*\***

5

6

7 SOUTHERN NEVADA CONFEDERATION OF
CLUBS, INC., *et al.,*                                      2:12-cv -01093-KJD-VCF

8                          Plaintiffs,                       **ORDER**

9 vs.

10 LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, *et al.,*

11                          Defendants.

12

13

14          Before the Court is Plaintiffs' Motion to Strike (#5).  Plaintiffs allege that through "computer

15 error" the wrong document was filed on June 25, 2012, as plaintiff's Complaint (#1).   The Court issued

16 fifteen summonses on July 9, 2012.  To date, no opposition has been filed to Plaintiff's Motion to Strike.

17 No returns of service have been filed.

18          Striking Plaintiff's Complaint is not appropriate in these circumstances.  The second Complaint

19 (#2), filed by Plaintiff on June 25, 2012, will be deemed an Amended Complaint filed in accordance

20 with Fed. R. Civ. P. 15(a).  Plaintiff may request a refund of a mistakenly paid second filing fee by

21

22 writing a letter to Cindy Jensen, Chief Deputy Clerk, U. S. District Court, District of Nevada, explaining

23 the basis for the requests, attaching receipts for both filing fees paid in this case.

24          For future reference, counsel for plaintiffs is advised to consult the Help Desk FAQ section of

25 this court's website, which provides detailed instructions on correcting documents/images filed in error.

(http://nvd.uscourts.gov).

1

2

IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike (#5) is denied as unnecessary.

DATED this 20th day of July, 2012.

3

_____

4

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25