# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SOUTHERN NEVADA CONFEDERATION OF CLUBS, *et al*, | |
| Plaintiff, | |
| | 2:12-cv-01093-KJD-VCF |
| v. | |
| | **MINUTE ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |
| | Dated: December 26, 2012 |

PRESENT:   THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:   Mai Tieu        RECORDER:   None

COUNSEL FOR PLAINTIFF(S):            None Appearing

COUNSEL FOR DEFENDANT(S):            None Appearing

Before the court is defendants Las Vegas Metropolitan Police Department, Dave Hunkins, David Lewis, Robert Wills, Joseph Gagliardi, Chris Tomaino, William Schoen, and Sheriff Douglas Gillespie's (hereinafter "LVMPD Defendants") Motion To Stay Discovery Pending Resolution of the LVMPD Defendants' Motion To Dismiss (#36). (#46). Defendants Thomas Finn, Scott Pastore, and Joseph Chronister filed Joinders thereto. (#52, #57, and #60).

On December 7, 2012, the parties filed a stipulation and order to stay discovery pending resolution of LVMPD Defendants' motion to dismiss (#36). (#64). The court signed the stipulation the same day, staying discovery until the earlier of June 7, 2013, or the date on which an order is entered deciding the motion to dismiss (#36). (#65).

IT IS THEREFORE ORDERED that the LVMPD Defendants' Motion To Stay Discovery Pending Resolution of the LVMPD Defendants' Motion To Dismiss (#46) is DENIED as moot.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**