UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

SOUTHERN NEVADA CONFEDERATION )
OF CLUBS, INC., *et al.*,                                    )
                                                                          )
                                                                          )
                  Plaintiff(s),                             )          2:12-cv-1093-APG-VCF
                                                                          )
vs.                                                                     )
                                                                          )          **ORDER**
LAS VEGAS METROPOLITAN POLICE  )
DEPARTMENT, *et al.*,                                  )
                                                                          )
                  Defendant(s).                          )
                                                                          )
_____ )

### ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS
### FOR FAILURE TO EFFECT TIMELY SERVICE

On May 20, 2013, this Court entered its Notice alerting Plaintiffs that "this action shall be dismissed without prejudice as to [defendants Jackson, Tullio A. Pandullo, Aaron D. Fink, Yasenia Y. Yatomi, Keegan Doughly and Paul A. Quinteros] unless on or before 06/28/2013 there is filed with the clerk proof of service on them, . . . which service must have taken place prior to the expiration of the 120‒day time limit set forth in Fed.R.Civ.P. 4(m), or good cause is shown why such service was not made in that period." To date, Plaintiffs have failed to file proof of such service and failed to show cause why their claims against those defendants should not be dismissed.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all of Plaintiffs' claims against defendants Jackson, Tullio A. Pandullo, Aaron D. Fink, Yasenia Y. Yatomi , Keegan Doughly and Paul A. Quinteros are dismissed without prejudice.

DATED: July 1, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE