**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ROGER ALLEN ESPINOSA, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>　　　　　　　Defendants. | 2:12-cv-01093-RFB-VCF<br><br>Consolidated for discovery purposes only with:<br>2:13-cv-01590-RFB-VCF<br>2:13-cv-01591-RFB-VCF<br><br>**MINUTE ORDER** |

　　The court has been informed that Thomas P. Beko, Esq., counsel for Defendants Thomas Finn and Boulder City Officer Pastore, is unable to travel from Reno to Las Vegas to attend the status hearing scheduled for today, October 22, 2014 at 3:00 p.m. He seeks telephonic appearance for the status hearing.

　　IT IS HEREBY ORDERED that Mr. Thomas P. Beko, Esq. may appear telephonically for the status hearing scheduled for October 22, 2014 at 3:00 p.m. The call in conference number is 1-702-868-4911, passcode 123456. The call must be generated from a lane line.

　　IT IS SO ORDERED.

　　Dated this 22nd day of October, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE