# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| ROGER ALLEN ESPINOSA, et al., | |
| Plaintiffs, | 2:12-cv-01093-RFB-VCF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendants. | |

Before the court is *Roger Allen Espinosa, et al., v. Las Vegas Metropolitan Police Department, et al.*, case number 2:12-cv-01093-RFB-VCF.

IT IS HEREBY ORDERED that a telephonic hearing is scheduled for 11:30 a.m., September 21, 2015.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 17th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE