**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ROGER ALLEN ESPINOSA, et al., | |
| Plaintiffs, | 2:12-cv-01093-RFB-VCF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendants. | |

Before the court is Plaintiff's Motion to Stay Discovery #139.

IT IS HEREBY ORDERED that a telephonic status hearing scheduled for 11:30 a.m., September 21, 2015 is VACATED.

IT IS FURTHER ORDERED that a telephonic hearing on Plaintiff's Motion to Stay Discovery is scheduled for 8:00 a.m., September 23, 2015.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

After all parties are on the line, Dr. Mark Kabins, will be connected into the conference call to amplify the information contain in Exhibit 1 of Plaintiffs' Reply to LVMPD Defendants' Opposition to Plaintiffs' Motion to Stay Discovery (#142).  **Given Dr. Kabins limited availability, the parties must call in on time as scheduled.**

IT IS SO ORDERED.

DATED this 17th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE