**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ROGER ALLEN ESPINOZA, *et al.*, | |
| Plaintiff, | 2:12-cv-01093-RFB-VCF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Before the court is LVMPD Defendant's Motion for an Order to Show Cause Why Plaintiffs Should not be Held in Contempt for Failure to Comply with the Court's September 24, 2015 Order (#147).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the motion must be filed on or before January 21, 2016. Any reply in support of the motion must be filed on or before January 29, 2016.

IT IS FURTHER ORDERED that a hearing on LVMPD Defendant's Motion for an Order to Show Cause Why Plaintiffs Should not be Held in Contempt for Failure to Comply with the Court's September 24, 2015 Order (#147) is scheduled for 11:00 a.m., February 4, 2016, in courtroom 3D.

DATED this 11th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE