STEPHEN P. STUBBS, Esq.
Nevada Bar No. 10449
TAX LAW SOLUTIONS, LLC
626 South Third Street
Las Vegas, Nevada 89101
E-mail:     taxlawsolutionsllc@gmail.com
              stephen@stephenpstubbs.com
Telephone:   (702) 493-1040
Facsimile:   (702) 293-3289
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROGER ALLEN ESPINOZA; ANGEL AGUILAR; DANIELLE AGUILAR; JOE PHILLIPS; DAN KELSEY; HARRY GARCIA; ROBERT RIOS; LONNIE GALLEGOS; ANTHONY ROJAS; KEVIN THOMAS; JANELLE LONG; BERNARDINO GARCIA; JOSEPH OROSCO; JOSEPH R. GALLEGOS; DAVE SILVA; MIGUEL HERNANDEZ; RAFAEL GARCIA ESPINOZA; GEORGE OLIVO; NANCY LARA; JERALD MURILLO; CHARLES CHRISTOPHER GULAS, | CASE NO.: 2:12-cv-01093-RFB-VCF

RELATED TO CASE:
2:13-cv-1590-APG-VCF

STIPULATION AND (PROPOSED) ORDER TO MOVE FILING DEADLINE OF PLAINTIFF'S OPPOSITION TO JANUARY 25, 2016 |

                          Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, a Political Subdivision of
the STATE OF NEVADA; SHERIFF
DOUGLAS GILLESPIE; OFFICER
WOOSNAM; OFFICER A. ASH (P#9325);
OFFICER WILLIAM SCHOEN; DOES 1
through 10; and ROES 11 through 20
inclusive,

                          Defendants.

## STIPULATION AND (PROPOSED) ORDER TO MOVE FILING DEADLINE OF PLAINTIFF'S OPPOSITION TO JANUARY 25, 2016

Plaintiffs, by and though their counsel of record, Stephen P. Stubbs, and Defendants, by and

through their counsel of record, Marquis Aurbach Coffing, hereby stipulate to move the current

deadline for Plaintiffs to file an Opposition to Defendants' Motion for Order to Show Cause from January 21, 2016 to January 25, 2016.

**DATED this 21st day of January, 2016.**

**TAX LAW SOLUTIONS, LLC**

_____/s/ Stephen P. Stubbs_____

**STEPHEN P. STUBBS, ESQ., #10449**
**626 South Third Street**
**Las Vegas, Nevada 89101**

**DATED this 21st day of January, 2016.**

**MARQUIS AURBACH COFFING**

_____/s/ Craig R. Anderson_____

**CRAIG R. ANDERSON, ESQ., #6882**
**10001 Park Run Drive**
**Las Vegas, Nevada 89145**

**IT IS SO ORDERED**

_____

**UNITED STATES MAGISTRATE JUDGE**

Dated this 21st day of January, 2016.