STEPHEN P. STUBBS, Esq.
Nevada Bar No. 10449
TAX LAW SOLUTIONS, LLC
626 South Third Street
Las Vegas, Nevada 89101
E-mail:     taxlawsolutionsllc@gmail.com
            stephen@stephenpstubbs.com
Telephone:  (702) 493-1040
Facsimile:  (702) 293-3289
***Attorneys for Plaintiffs***

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER ALLEN ESPINOZA; ANGEL AGUILAR; DANIELLE AGUILAR; JOE PHILLIPS; DAN KELSEY; HARRY GARCIA; ROBERT RIOS; LONNIE GALLEGOS; ANTHONY ROJAS; KEVIN THOMAS; JANELLE LONG; BERNARDINO GARCIA; JOSEPH OROSCO; JOSEPH R. GALLEGOS; DAVE SILVA; MIGUEL HERNANDEZ; RAFAEL GARCIA ESPINOZA; GEORGE OLIVO; NANCY LARA; JERALD MURILLO; CHARLES CHRISTOPHER GULAS, | CASE NO.: 2:12-cv-01093-RFB-VCF<br><br>RELATED TO CASE:<br>2:13-cv-1590-APG-VCF<br><br>SECOND STIPULATION AND (PROPOSED) ORDER TO MOVE FILING DEADLINE OF PLAINTIFF'S OPPOSITION TO JANUARY 27, 2016 |
| Plaintiffs, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; SHERIFF DOUGLAS GILLESPIE; OFFICER WOOSNAM; OFFICER A. ASH (P#9325); OFFICER WILLIAM SCHOEN; DOES 1 through 10; and ROES 11 through 20 inclusive, | |
| Defendants. | |

## SECOND STIPULATION AND (PROPOSED) ORDER TO MOVE FILING DEADLINE OF PLAINTIFF'S OPPOSITION TO JANUARY 27, 2016

Plaintiffs, by and though their counsel of record, Stephen P. Stubbs, and Defendants, by and through their counsel of record, Marquis Aurbach Coffing, hereby stipulate to move the current

deadline for Plaintiffs to file an Opposition to Defendants' Motion for Order to Show Cause from January 25, 2016 to January 27, 2016, as a resolution to the case looks very promising.

DATED this 25th day of January, 2016.                    DATED this 25th day of January, 2016.

TAX LAW SOLUTIONS, LLC                              MARQUIS AURBACH COFFING

_____/s/ Stephen P. Stubbs_____                 _____/s/ Craig R. Anderson_____

STEPHEN P. STUBBS, ESQ., #10449                  CRAIG R. ANDERSON, ESQ., #6882
626 South Third Street                                          10001 Park Run Drive
Las Vegas, Nevada 89101                                    Las Vegas, Nevada 89145




IT IS SO ORDERED

_____

UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of January, 2016