**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for LVMPD Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROGER ALLEN ESPINOZA; ANGEL AGUILAR; DANIELLE AGUILAR; JOE PHILLIPS; DAN KELSEY; HARRY GARCIA; ROBERT RIOS; LONNIE GALLEGOS; ANTHONY ROJAS; KEVIN THOMAS; JANELLE LONG; BERNARDINO GARCIA; JOSEPH OROSCO; JOSEPH R. GALLEGOS; DAVE SILVA; MIGUEL HERNANDEZ; RAFAEL GARCIA ESPINOZA; GEORGE OLIVO; LYNN VILPONDO; JERALD MURILLO and CHARLES CHRISTOPHER GULAS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; SHERIFF DOUGLAS GILLESPIE; OFFICER WOOSNAM; OFFICER A. ASH (P#9325); OFFICER WILLIAM SCHOEN; THEN BOULDER CITY CHIEF OF POLICE THOMAS FINN; BOULDER CITY CAPTAIN VINNIE ALBOWEITZ; BOULDER CITY OFFICER PASTORE; DOES 1 through 10 and ROES 11 through 20, inclusive,<br><br>            Defendants. | Case No.:   2:12-cv-01093-RFB-VCF<br><br>**[PROPOSED] STIPULATION AND ORDER TO DISMISS THE LVMPD DEFENDANTS WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE, OFFICER WOOSNAM, OFFICER A. ASH, and OFFICER WILLIAM SCHOEN (the "LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiffs ROGER ALLEN ESPINOZA, ANGEL AGUILAR, DANIELLE AGUILAR, JOE PHILLIPS, DAN KELSEY, HARRY GARCIA, ROBERT RIOS, LONNIE GALLEGOS, ANTHONY ROJAS, KEVIN THOMAS, JANELLE LONG, BERNARDINO GARCIA, JOSEPH OROSCO, JOSEPH R. GALLEGOS, DAVE SILVA, MIGUEL HERNANDEZ, RAFAEL GARCIA ESPINOZA, GEORGE OLIVO, LYNN VILPONDO, JERALD MURILLO and CHARLES CHRISTOPHER GULAS ("Plaintiffs"), by and through their counsel of record, Stephen P. Stubbs, Esq., hereby STIPULATE AND AGREE as follows:

1. All of Plaintiffs' claims against Defendant Las Vegas Metropolitan Police Department are dismissed with prejudice;

2. All of Plaintiffs' claims against Defendant Sheriff Douglas Gillespie are dismissed with prejudice;

3. All of Plaintiffs' claims against Defendant Det. John Woosnam are dismissed with prejudice;

4. All of Plaintiffs' claims against Defendant Ofc. A. Ash are dismissed with prejudice;

5. All of Plaintiffs' claims against Defendant Ofc. William Schoen are dismissed with prejudice;

6. The LVMPD Defendants agree to bear their own costs and fees;

7. Plaintiffs agree to bear their own costs and fees; and

/ / /

/ / /

/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

8. That the LVMPD Defendants' Motion for an Order to Show Cause Why Plaintiffs Should not be Held in Contempt for Failure to Comply with the Court's September 24, 2015 Order (#147) is now MOOT and the February 4, 2016 hearing date on the motion can be VACATED.

IT IS SO STIPULATED this 28th day of January, 2016.

| MARQUIS AURBACH COFFING | TAX LAW SOLUTIONS, LLC |
|---|---|
| By:  s/Craig R. Anderson<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for LVMPD Defendants | By:  s/Stephen P. Stubbs<br>Stephen P. Stubbs, Esq.<br>Nevada bar No. 10449<br>626 South Third Street<br>Las Vegas, NV 89101<br>Attorney for Plaintiffs |

**ORDER**

IT IS SO ORDERED this  1st  day of February 2016, that Plaintiffs' claims against Defendants Las Vegas Metropolitan Police Department, Sheriff Douglas Gillespie, Det. John Woosnam, Ofc. A. Ash, and Ofc. William Schoen are dismissed with prejudice with each party to bear their own costs and fees; and the LVMPD Defendants' Motion for an Order to Show Cause Why Plaintiffs Should not be Held in Contempt for Failure to Comply with the Court's September 24, 2015 Order (#147) is ORDERED MOOT and the February 4, 2016 hearing date on the motion is VACATED.

_____
RICHARD F. BOULWARE, II
United States District Judge